August 8, 1980.

428 A.2d 675

Burrell Construction Co. v. Jonnet Dev. Corp., Appellant.

Reargument Denied Oct. 31, 1980.

Argued November 13, 1979.   David Abrams, for appellant;  Alan Berman, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.